PD-1647-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/18/2015 2:11:25 PM
Accepted 12/19/2015 10:38:29 AM
ABEL ACOSTA
CLERK

COURT OF CRIMINAL APPEALS CASE NO.: _____

FOURTH COURT OF APPEALS CASE NUMBER 04 – 14 – 00565 – CR

TRIAL COURT CASE NUMBER 2009 – CRP – 000403 – D1

| | |
|---|---|
| RODOLFO MARTINEZ– SALINAS § | COURT OF CRIMINAL APPEALS |
| § | |
| v. § | |
| § | |
| THE STATE OF TEXAS § | TRAVIS COUNTY, TEXAS |

## RODOLFO MARTINEZ – SALINAS' FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS
201 W 14TH STREET
AUSTIN, TEXAS 78701 – 1445

Richard J. Gonzalez, the undersigned counsel for Appellant Rodolfo Martinez – Salinas, has been unable to complete the Petition for Discretionary Review on or before the deadline to file it.

The deadline to file the Petition for Discretionary Review was Friday, December 4, A.D., 2015.

The length of the extension sought is from Friday, December 4, A.D., 2015, to Monday, January 18, A.D., 2016, a total of forty - five (45) days.

The facts relied on to reasonably explain the need for an extension are:

Between November 4, A.D., 2015, and December 18, A.D., 2015, counsel for Rodolfo Martinez – Salinas was scheduled for a court appearance in more than eighty – five (85) cases in Laredo, Webb County, Texas, and was scheduled for a

FILED IN
COURT OF CRIMINAL APPEALS

December 18, 2015

ABEL ACOSTA, CLERK

jury trial in at least two cases during that period, which jury trials were avoided because the defendant in each case eventually entered a plea of guilty.

Counsel for Rodolfo Martinez – Salinas was engaged in a jury trial in the case styled, "The State of Texas v. Juan Carlos Palomares," Trial Court Cause Number: 2015CRS000530 D4, Court of Appeals Number 04 – 15 – 00755 – CR, which jury trial ended on October 28, A.D., 2015, and counsel filed the Notice of Appeal, and Designation of Clerk's and Reporter's Records on Appeal on November 30, A.D., 2015.

Counsel for Rodolfo Martinez – Salinas is scheduled for a jury trial in Cause Number 2015CRP000624 D4, styled "The State of Texas v. Jessica Lee Carreon," on Monday, January 11, A.D., 2015.

There have been no previous extensions granted regarding the Petition for Discretionary Review.

The Court of Appeals is the Fourth (4th) Court of Appeals in San Antonio, Bexar County, Texas.

The date of the Court of Appeals' judgment is Wednesday, November 4, A.D., 2015.

The case number and style of the case in the Court of Appeals are:

Case Number: 04 – 14 – 00565 – CR.

Style: Rodolfo Martinez – Salinas v. The State of Texas.

There were no motions for rehearing or en banc reconsideration filed in the Fourth Court of Appeals.

Wherefore, premises considered, counsel for Rodolfo Martinez – Salinas respectfully requests an extension of time to file the Petition for Discretionary Review from Friday, December 4, A.D., 2015 to Monday, January 18, A.D., 2016.

Respectfully submitted,

_____

**RICHARD J. GONZALEZ**
**ATTORNEY AT LAW**
**TEXAS BAR NUMBER 08131600**
**910 LOGAN AVENUE**
**LAREDO TX    78040 – 6202**
**CELL:        (956)  401 – 6011**
**VOICE MAIL:  (956)  307 – 9910**
**EMAIL:       RICHARD0477@SBCGLOBAL.NET**

## CERTIFICATE OF SERVICE

I, Richard J. Gonzalez, counsel for Rodolfo Martinez – Salinas, do hereby certify, under oath, that I emailed a true and correct copy of the above and foregoing "Rodolfo Martinez – Salinas First Motion for Extension of Time to File The Petition for Discretionary Review" to David Reuthinger, Jr., Assistant District Attorney, 49th Judicial District of Texas, 1110 Victoria Street Suite 401, PO Box 1343, Laredo, Webb County, Texas, 78042 – 1343, (956) 523 – 4900, at dreuthinger@webbcountytx.gov, on Friday, December 18, A.D., 2015.

_____

RICHARD J. GONZALEZ
COUNSEL FOR RODOLFO  MARTINEZ – SALINAS